DAYLE ELIESON
United States Attorney
PETER S. LEVITT
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-5087
peter.s.levitt @usdoj.gov
Attorney for the United States of America

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-cr-327-JAD-GWF |
| Plaintiff, | |
| vs. | STIPULATION TO CONTINUE RESPONSE TO FILED MOTION |
| | First Request |
| LAMONT POPE, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Peter S. Levitt, Assistant United States Attorney, counsel for the United States of America, and Andrew Wong, counsel for Lamont Pope, 1) that the due date for the Government's Response to the Defendant's Motion to Dismiss Indictment (ECF No. 26, filed on November 23, 2018) be extended from December 7, 2018 to December 11, 2018; and 2) that Pope's Reply be due December 18, 2018.

This Stipulation is entered into for the following reasons:

1. Counsel for the Government needs additional time to file a Response to Defendant's Motion to Dismiss, and counsel for Pope will need a corresponding continuance to file a Reply.

1

2. The parties agree to the continuance.

3. The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

4. This is the first stipulation to be filed herein.

DATED this 7th day of December, 2018.

| DAYLE ELIESON, | ANDREW WONG, AFPD |
| United States Attorney | |

By: /s/ Peter S. Levitt
PETER S. LEVITT
Assistant United States Attorney

By: /s/
ANDREW WONG, AFPD
Counsel for Lamont Pope

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>LAMONT POPE,<br><br>             Defendant. | Case No.: 2:18-cr-00327-JAD-GWF<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER |

**<u>FINDINGS OF FACTS</u>**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for the Government needs additional time to file a Response to Defendant's Motion to Dismiss Indictment (ECF No. 26, filed on November 23, 2018), and counsel for Pope needs additional time to file a Reply.

2. The parties agree to the continuance.

3. The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

4. This is the first stipulation to be filed herein.

///

///

///

## ORDER

IT IS THEREFORE ORDERED, that the Government herein shall have to and including December 11, 2018, to file its Response to Defendant's Motion to Dismiss Indictment (ECF No. 26), and that the Defendant shall have to and including December 18, 2018 to file a Reply.

DATED this 10th day of December, 2018.

*George Foley Jr.*
UNITED STATES MAGISTRATE JUDGE