1  RENE L. VALLADARES
   Federal Public Defender
2  Nevada State Bar No. 11479
   ANDREW WONG
3  Assistant Federal Public Defender
   Nevada State Bar No. 14133
4  411 E. Bonneville, Ste. 250
   Las Vegas, Nevada 89101
5  (702) 388-6577/Phone
   (702) 388-6261/Fax
6  Andrew_Wong@fd.org

7  Attorney for Lamont Mars Pope

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>LAMONT MARS POPE,<br><br>        Defendant. | Case No. 2:18-cr-327-JAD-GWF<br><br>**STIPULATION TO CONTINUE OBJECTIONS TO REPORT AND RECOMMENDATION DEADLINE**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Peter Levitt, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Andrew Wong, Assistant Federal Public Defender, counsel for Lamont Mars Pope, that the previously ordered deadline for filing of objections to the report and recommendation be vacated and continued to February 4, 2019.

The Stipulation is entered into for the following reasons:

1. Counsel for the defendant needs additional time to research and draft objections to the magistrate judge's report and recommendation.

2. The defendant is incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time to investigate, research, and draft objections.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(1)(D), (7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

This is the first stipulation to continue filed herein.

DATED this 17th day of January, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| */s/ Andrew Wong*<br>By_____<br>ANDREW WONG<br>Assistant Federal Public Defender | */s/ Peter Levitt*<br>By_____<br>Peter Levitt<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LAMONT MARS POPE,<br><br>　　　　Defendant. | Case No. 2:18-cr-327-JAD-GWF<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for the defendant needs additional time to research and draft objections to the magistrate judge's report and recommendation.

2. The defendant is incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time to investigate, research, and draft objections.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

3

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(1)(D), (7)(A), when the considering the factors under Title 18, United States Code, Section 316(h)(7)(B)(i), (iv).

## ORDER

IT IS FURTHER ORDERED, that defense counsel shall have until February 4, 2019 to file the objections to the report and recommendation.

DATED this 18th day of January, 2019.

_____
UNITED STATES MAGISTRATE JUDGE