UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LAMONT POPE,<br><br>Defendant. | Case No. 2:18-CR-00327-JAD-EJY<br><br>**ORDER** |

Before the Court is Defendant Lamont Pope's Motion to Construe Defendant's Motion to Withdraw Guilty Plea as a Motion to Arrest Judgment Pursuant to Fed. R. Crim. P. 34 (ECF No. 75). Rule 34(b) of the Federal Rules of Criminal Procedure requires a defendant to file a motion "to arrest judgment within 14 days after the court accepts … a plea of guilty …" Here, Defendant entered his guilty plea on August 12, 2019 (ECF No. 64). Thus, Defendant's Motion pursuant to Rule 34 is untimely.

Accordingly,

IT IS HEREBY ORDERED that Defendant's Motion to Construe Defendant's Motion to Withdraw Guilty Plea as a Motion to Arrest Judgment Pursuant to Fed. R. Crim. P. 34 (ECF No. 75) is DENIED.

DATED: September 9, 2019

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1