# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>LAMONT MARS POPE,<br><br>      Defendant. | CASE NO.:   2:18-cr-00327-JAD-EJY<br><br>**ORDER**<br><br>ECF No. 82 |

IT IS HEREBY ORDERED that the sentencing hearing currently scheduled for October 29, 2019, at 10:00 a.m. be vacated and continued to November 25, 2019, at the hour of 11:00 a.m.

DATED this 20th day of September, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE
THE HONORABLE JENNIFER DORSEY