IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:18-cr-00327-JAD-EJY |
| Plaintiff, ) | |
| ) | ORDER TEMPORARILY |
| vs. ) | UNSEALING AUDIO RECORDINGS |
| ) | |
| LAMONT MARS POPE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    Lucas Gaffney, Esq., filed a Designation of Transcripts (Doc. 95). Of the transcripts requested, the following docket numbers are proceedings that are either sealed or contain a sealed portion: Docket Nos. 7 and 53. The transcripts are to be prepared by Amber McClane, Court Transcriber.

    **IT IS THE ORDER OF THE COURT** that the sealed audio recording shall be unsealed for the limited purpose of preparing the transcript by Amber McClane and providing a copy of the transcript to Lucas Gaffney, Esq., as requested.

    **IT IS FURTHER ORDERED** that the audio recording shall thereafter be resealed and a certified copy of the transcript be delivered to the Clerk pursuant to 28 U.S.C. § 753(b) and remain sealed until further order of this Court.

    **IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript of the proceeding to anyone other than the representatives of the parties directly concerned with this case.

**DATED** this 3rd day of Feb., 2020.

_____
JENNIFER A. DORSEY
United States District Court Judge