NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
ELIZABETH O. WHITE
Assistant United States Attorney
United States Attorney's Office
400 South Virginia, Suite 900
Reno, Nevada  89501
775-784-5438
Elizabeth.O.White@usdoj.gov
*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | Case No.: 2:18-cr-00327-JAD-EJY |
| ) | |
| Plaintiff,    ) | **Motion for Leave to File a Sealed Exhibit** |
| ) | |
| v.    ) | |
| ) | |
| LAMONT MARS POPE,    ) | |
| ) | |
| Defendant.    ) | |
| _____) | |

Contemporaneous with this motion, the government filed the parties' Joint Emergency Motion for Compassionate Release under 18 U.S.C. § 3582 (c)(1)(A)(i), ECF No. 114. The joint motion refers to an under seal filing of Mr. Pope's medical records, which undersigned counsel obtained from the Bureau of Prisons and which the parties believe will assist the Court in evaluating the motion. Because the records contain private medical records, the parties believe they should be filed under seal and remain under seal. We therefore request leave to file that record under seal.

## CONCLUSION

For the foregoing reasons, the government respectfully request leave to file a Sealed Exhibit to the joint motion for compassionate release, and requests that the Court maintain those records under seal.

Dated this 14th day of July, 2020

NICHOLAS A. TRUTANICH
United States Attorney


*s/ Elizabeth O. White*
ELIZABETH O. WHITE
Assistant United States Attorney
*Counsel for the United States*


## ORDER

**The Government's Motion for Leave to File a Sealed Exhibit (ECF No. 116) is GRANTED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**Dated:  July 15, 2020**